# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>__GLENN WILLIAMS__</u>
               **Plaintiff**

    **V.**

<u>__MASS CONVENTION CENTER AUTHORITY__</u>
               **Defendant**

**CIVIL ACTION**

**NO.  1:18-11964-WGY**

## JUDGMENT

__YOUNG, D. J.__

In accordance with the Court's Order entered on   __March 5, 2019__   granting Defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the defendant, Massachusetts Convention Center Authority.

                                                     **By the Court,**

  __3/6/2019__                                                     __/s/ Jennifer Gaudet__  
**Date**                                                          **Deputy Clerk**